**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CYNTHIA MILTON,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:06-cv-603-Orl-31DAB**

**ORLANDO POLICE DEPARTMENT, TIM ALLEN, CAMPBELL BROWNIE, LAKE VIEW APARTMENTS, ORANGE CENTER VILLAGE APARTMENTS, HIBISCUS APARTMENTS & SILVER HILLS APARTMENTS, DAVIS BROWNIE CAMPBELL, JUDGE WALTER, LAKESIDE WILLOW BEND,**

        **Defendants.**
_____

## ORDER

This cause comes before the Court on Amended Application to Proceed *In Forma Pauperis* (Doc. No. 8) filed May 22, 2006.

On May 24, 2006, the United States Magistrate Judge issued a report (Doc. No. 10) recommending that the application be denied. No objections have been filed.  Therefore, it is

**ORDERED** as follows:

    1.	That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.	That the Amended Application to Proceed In Forma Pauperis is DENIED.  That the Plaintiff is directed to pay the filing fee in the amount of $350.00 within 11 days from the date of

this order.  Failure to pay the filing fee will result in a dismissal of the case without further notice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 12th day of June, 2006.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE